UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

KELLY S.,

                              Plaintiff,

  -v-                                                                                      5:21-cv-1290

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                              Defendant.

## STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

**IT IS HEREBY STIPULATED** by and between Kristina Danielle Cohn, Special Assistant United States Attorney, for Carla B. Freedman, the United States Attorney for the Northern District of New York, attorneys for the Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security, and Howard Olinsky Esq., attorney for the Plaintiff, that the Defendant agrees to pay to the Plaintiff attorney fees in the amount of **$9,614.06,** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA.  The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

DATED:   April 18, 2023

                                      CARLA B. FREEDMAN
                                      United States Attorney
                                      Northern District of New York

BY:   */s/ Kristina Danielle Cohn*
        Kristina Danielle Cohn
        Special Assistant United States Attorney
        Office of Program Litigation, Office 2
        Office of the General Counsel
        Social Security Administration
        6401 Security Boulevard
        Baltimore, MD 21235
        Phone:   212-264-2179
        Email: kristina.cohn@ssa.gov

BY:   
        Howard D. Olinsky, Esq.
        Olinsky Law Group
        250 South Clinton Street-Suite 210
        Syracuse, NY 13202
        315-701-5780
        Fax: 315-701-5781
        Email: holinsky@windisability.com

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

Dated: 04-19-2023